IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SUMMIT AUTO SALES, INC.,**     Plaintiff, | ] ] ] |
| VS. | ] CIVIL ACTION NO. ]    2:15-CV-736 KOB |
| **DRACO, INC. d/b/a YANKEE FORD SALES,**     Defendant. | ] ] ] ] |

### O R D E R

This cause comes before the court upon the "Joint Stipulation of Dismissal." (Doc. 99).  Upon consideration thereof, the court ORDERS that this case be, and the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, costs taxed as paid.

**DONE**  and **ORDERED** this 2nd day of August, 2019.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE